429 A.2d 100

Sauers v. Sauers, Appellant.

Argued April 15, 1980.   Zeno Fritz, for appellant;  John R. Banke, submitted a brief on behalf of appellee.

Before SPAETH, WICKERSHAM and LIPEZ, JJ.

Orders of the court below affirmed.

SPAETH, J., concurred in the result.

429 A.2d 100

Stahl v. Deitle, Appellant.

Argued November 15, 1979.   E. R. Walker, for appellant; Leonard Stahl, appellee, in propria persona.

Before SPAETH, HOFFMAN and VAN der VOORT, JJ.

Order affirmed.